**Order entered July 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00780-CV

### MICHAEL O. PICKENS, Appellant

### V.

### ELIZABETH CORDIA, ET AL., Appellees

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-01890-F**

## ORDER

We **GRANT** appellant's July 12, 2013 motion for an extension of time to file a brief. Appellant shall his brief on or before August 1, 2013. We caution appellant that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE